IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEN ZHEN WO NUO DE ZHI NENG JI SHU YOU XIAN GONG SI, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 22-cv-1203 <br><br> Judge Franklin U. Valderrama |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Shen Zhen Wo Nuo De Zhi Neng Ji Shu You Xian Gong Si d/b/a Flynova ("Plaintiff"), hereby voluntarily dismisses its Complaint against the following Defendants identified on Schedule "A", without prejudice, with each party responsible for its costs and attorneys' fees:

| **Defendant No(s).** | **Store Name** |
|---|---|
| 284; 297; 301; 306; 323; 324; 350; 362; 363; 364; 365; 368; 369; 370; 371; 377; 380; 396; 414 | Joybuy |
| 285; 303; 305; 320; 344; 353; 366; 379; 388; 408; 413 | Joybuy Express |

Dated: September 9, 2022

Respectfully submitted,
*/s/ Sofia J. Quezada*
Sofia J. Quezada (squezada@agdglaw.com)
Matthew De Preter
ARONBERG GOLDGEHN DAVIS & GARMISA
330 N. Wabash Ave., Suite 1700
Chicago, IL 60611
*Attorneys for Plaintiff*